FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 5 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:03-mj-156 |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL AND QUASHING WARRANT |
| vs. ) | |
| ) | |
| ALBERTO GOMEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint number 2:03-mj-156 on Alberto Gomez and quashes the arrest warrant.

DATED this 31st day of October, 2018.

DAYLE ELIESON
United States Attorney

/s/ Chad McHenry

CHAD MCHENRY
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.
DATED this 5th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1